UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 1:22-cr-00167-JMS-TAB-01 |
| JOSEPH JAY JOHNSON, | ) ) ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

Having reviewed Magistrate Judge Tim Baker's Report and Recommendation dkt [29] recommending that Joseph Jay Johnson's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Baker's Report and Recommendation dkt [29]. The Court finds that Mr. Johnson committed Violation Numbers 4 and 5 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkts. [8, 9, 12, 13, 15, 16, 18, 19]. The Court dismissed Violation Numbers 1, 2, & 3 at dkts. [8, 9, 12, 13, 15, 16, 18, 19.]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Johnson is sentenced to the custody of the Attorney General or his designee for a period of Twenty-Four (24) months and with no supervised release to follow. The Court recommends placement at FCI Greenville, Illinois.

Date: 10/16/2025

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system